954

No. 95–6163.  St. Martin v. United States.  C. A. 11th Cir. Certiorari denied.

No. 95–6165.  Hall v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 95–6170.  Czekala v. United States.  C. A. Armed Forces.  Certiorari denied.

No. 95–6173.  Tatum v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 95–6175.  Cullum v. United States (two judgments). C. A. 5th Cir.  Certiorari denied.

No. 95–6176.  Abril-Peralta v. United States.  C. A. 10th Cir.  Certiorari denied.

No. 95–6179.  Tobin v. United States.  C. A. 3d Cir.  Certiorari denied.

No. 95–6182.  DiNovo v. United States.  C. A. 1st Cir.  Certiorari denied.

No. 95–6183.  Dixon et al. v. United States.  C. A. 4th Cir. Certiorari denied.

No. 95–6184.  Ferguson v. United States.  C. A. 11th Cir. Certiorari denied.

No. 95–6186.  Brock v. United States.  C. A. 5th Cir.  Certiorari denied.

No. 95–6187.  Diaz v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 95–6188.  Hernandez v. United States.  C. A. 11th Cir. Certiorari denied.

No. 95–6190.  Pitt v. United States.  C. A. 4th Cir.  Certiorari denied.

No. 95–6191.  Coffey v. United States.  C. A. 11th Cir. Certiorari denied.

No. 95–6192.  Buys v. United States.  C. A. 9th Cir.  Certiorari denied.